# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 8, 2023

### NO. 03-23-00371-CV

**Round Rock Emergency Center, LLC;
Dr. Henry Higgins; and Dr. Nathaniel Greenwood, Appellants**

**v.**

**Dr. Rena Salyer, Appellee**

**APPEAL FROM THE 480TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
VACATED AND REMANDED ON JOINT MOTION –
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on June 12, 2023. The parties have filed an agreed motion to set aside the judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. Therefore, this Court sets aside the trial court's judgment without regard to the merits, remands the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement, and directs the Clerk of this Court to issue mandate contemporaneous with the Court's opinion and judgment. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.